**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian C Anderson                                    CHAPTER 13
                    Debtor(s)

                                                                    BKY. NO. 23-13653 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-D, Mortgage Pass-Through Certificates, Series 2006-D and index same on the master mailing list.

                                                            Respectfully submitted,

                                            /s/ Mark A. Cronin
                                            Mark Cronin
                                            19 Feb 2024, 15:25:27, EST

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322